**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

v.                                         **CASE NO. 4:21-CR-00168-LPR**

**RUSSELL L. STACKS**                                                                    **DEFENDANTS**
**and ELMER BELL**

**GENERAL CRIMINAL SCHEDULING ORDER**

This case has been continued and re-set for trial on **October 11, 2022**. The Court orders the following schedule to move this case forward fairly and efficiently to a prompt resolution.

- **Thirty Days Before Trial Date**

    File a Joint Report answering these questions:

    1. Is this case ready for trial or a plea?

    2. If trial-ready, how many six-hour days are needed?

    3. If a party intends to seek a continuance, how long a delay will be requested and why?

- **Twenty-One Days Before Trial Date**

    1. In trial-ready cases, file any pre-trial motions, proposed voir dire questions, **and** notice of submitting proposed jury instructions to chambers. Focus on and submit only elements instructions, citing models and authority; the Court will use standard introductory and closing instructions. A response to any motion is due seven calendar days after the motion is filed.

    2. In cases that are not trial-ready or where a guilty plea will be offered, do one of two things.

        a. Get a plea date set with chambers **and** submit the proposed plea agreement (if any) to chambers; or

        b. File a motion for continuance that complies with this Court's Order Regarding Continuances.

IT IS SO ORDERED THIS 18th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE