**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**v.**                                    **Case No. 4:21-CR-00168-02-LPR**

**ELMER BELL**                                                            **DEFENDANT**

<u>**ORDER**</u>

Defendant's Motion to Reduce Sentence (Doc. 109) is DENIED.

Defendant did not receive "status points" at sentencing, so retroactive guideline Amendment 821 does not change his guideline range.

Additionally, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 19th day of March, 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 88.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).